TIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR248** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **NICHOLAS CRUZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's Motion for Dismissal of Petition for Offender Under Supervision ( Filing No. 95). The government also requests that the Court discharge the Defendant from his remaining term of supervision. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 83) against the above-named Defendant.

IT IS ORDERED that:

1.   The government's Motion for Dismissal of Petition for Offender Under Supervision ( Filing No. 95) is granted;

2.   The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 83) is dismissed; and

3.   The Defendant is discharged from his remaining term of supervision by the U.S. Probation Office.

DATED this 16th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge